UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>DWIGHT E. SAMUELS,<br><br>   Defendants. | CASE NO.:  24-CR-01771-W<br><br>**ORDER** |

**JOINT MOTION HAVING BEEN ENTERED** by the parties and good cause appearing, IT IS HEREBY ORDERED that defendant's Status Setting currently scheduled for November 18, 2024 is continued to January 27, 2025 at 9:00 a.m. before Hon. Thomas J. Whelan.

The parties also jointly move to exclude time under the Speedy Trial Act due to the existing pretrial motion and under the ends of justice. 18 U.S.C. § 3161(h)(1)(D), (7). The ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial

**IT IS SO ORDERED.**

DATED:  11/14/24               By: _____
                                        Honorable Thomas J. Whelan
                                        United States District Judge